IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAWN L. BEST                                                                                            PLAINTIFF

V.                                                            CAUSE NO. 1:15-CV-00086-NBB-DAS

WILLIAM D. JOHNSON, PRESIDENT                                                      DEFENDANT
AND CHIEF EXECUTIVE OFFICER OF
TENNESSEE VALLEY AUTHORITY

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that defendant Tennessee Valley Authority's motion for summary judgment is **DENIED.**

This, the 23rd day of August, 2016.

                                                                                        /s/ Neal Biggers
                                                                                       **NEAL B. BIGGERS, JR.**
                                                                                       **UNITED STATES DISTRICT JUDGE**